IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE AGUERO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 5:23-cv-00122 |
| | § | |
| UNITEDHEALTHCARE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## **AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Jose Aguero and Defendant UnitedHealthcare Insurance Company (collectively, the "Parties"), by and through their counsel, announce to the Court that the matters in controversy between them in the referenced lawsuit has been settled. The Parties, therefore, move for the dismissal with prejudice of the case, with attorneys' fees and costs taxed against the party incurring them, and respectfully request that the Court enter the Agreed Order of Dismissal with Prejudice submitted herewith.

**AGREED:**

Dated: April 15, 2024                         Respectfully submitted,

By: /s/ *Amar Raval (with permission)*        By: */s/ Andrew G. Jubinsky*
    Amar Raval                                   Andrew G. Jubinsky
    Texas Bar No. 24046682                       Texas Bar No. 11043000
    S.D. No. 619209                              Fed. I.D. No. 8603
    araval@bergplummer.com                       andy.jubinsky@figdav.com
                                                  Attorney-in-Charge

**BERG PLUMMER JOHNSON**
  **& RAVAL LLP**                             Of Counsel:
3700 Buffalo Speedway, Suite 1150             Nicole Muñoz Huschka
Houston, TX 77098                             Texas Bar No. 24098153
(713) 526-0200                                Fed. I.D. 2995810
(832) 615-2665 (Fax)                          nicole.munoz@figdav.com

ATTORNEYS FOR PLAINTIFF                        **FIGARI + DAVENPORT, LLP**
                                              901 Main Street, Suite 3400
                                              Dallas, Texas 75202
                                              (214) 939-2000
                                              (214) 939-2090 (Fax)

                                              ATTORNEY FOR DEFENDANT
                                              UNITEDHEALTHCARE
                                              INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

                                    */s/ Andrew G. Jubinsky*
                                      Andrew G. Jubinsky