United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE AGUERO § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-122 |
| § | |
| UNITED HEALTHCARE INSURANCE § | |
| COMPANY § | |

# ORDER

The parties have filed an Agreed Motion to Dismiss with Prejudice, wherein they agree that Plaintiff's claims against Defendant should be dismissed with prejudice (Dkt. No. 17). The Court construes this filing as a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. Therefore, the stipulation's filing automatically dismissed Plaintiff's claims with prejudice. *See Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** April 16, 2024.

_____
Marina Garcia Marmolejo
United States District Judge